Dolores Roberts Artery, Appellee, v. Gilbert Artery, Appellant.

Gen. No. 46,659. (Abstract of Decision.)

First District, First Division.

October 31, 1955.

Released for publication November 16, 1955.

Nathan M. Gomberg, for appellant; Sidney D. Missner, of counsel; Julius Lucius Echeles, and Frank W. Oliver, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.